# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2011

142446 & (24)(25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                     SC: 142446
                                                                      COA: 301083
                                                                      Wayne CC: 09-001844-FC

TROY BENZ TIMARAC,
        Defendant-Appellant.

_____/

        On order of the Court, the motion to file a response to the plaintiff-appellee's answer is GRANTED. The application for leave to appeal the December 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2011 _____        _____

p0308                                                                      Clerk